United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19029-jkf
Francis J. Donovan                                                        Chapter 7
Diane Donovan
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey           Page 1 of 1           Date Rcvd: Sep 15, 2015
                             Form ID: 211           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2015.
db/jdb         +Francis J. Donovan,   Diane Donovan,   2182 Herblew Road,   Warrington, PA 18976-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2015 01:36:58      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2015 at the address(es) listed below:
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com
              NICOLE B. LABLETTA     on behalf of Creditor    PNC Bank, National Association nlabletta@udren.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
              SHERRI J. BRAUNSTEIN     on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,   cblack@udren.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WAYNE R. CROMIE    on behalf of Joint Debtor Diane  Donovan cromie-bky@verizon.net
              WAYNE R. CROMIE    on behalf of Debtor Francis J. Donovan cromie-bky@verizon.net
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Francis J. Donovan and Diane Donovan

Debtor(s)  Case No: 14–19029–jkf

___

### *ORDER*

AND NOW, 9/15/15 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 9/29/15 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Jean K. FitzSimon

Judge ,United States Bankruptcy Court

43
Form 211